UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ARELLANO, MAICO ALEJO, and GARY OLLISON, on behalf of themselves and all others similarly situated, | Case No.: 18-CV-229 JLS (BGS) |
| Plaintiffs, | **ORDER: (1) RECUSING FROM CASE; AND (2) REQUESTING REASSIGNMENT** |
| v. | |
| CITY OF SAN DIEGO and DOES 1 through 10, inclusive, | |
| Defendants. | |

Presently before the Court is Plaintiffs' Complaint for Overtime Wages, (ECF No. 748). The undersigned **HEREBY RECUSES** from this case and requests that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: April 30, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge